# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JACK CARL VELTE (1),<br><br>　　　　　　　Defendant. | CASE NO. 00CR2698-L<br><br>**JUDGMENT OF DISMISSAL<br>AFTER REMAND** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_XX_ the Court has vacated the judgment and dismissed the indictment after remand; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of the Indictment/Information:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 22, 2010

　　　　　　　　　　　　　　　　　M. JAMES LORENZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE